IN THE UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL BITON | \| |
| V. | \|  CASE NO: 02W3220 |
| SHOSHANA BITON | \| |

ORDER

AND NOW, upon consideration of the Motion to Quash filed by The Maternal Child Consortium, Inc., a Pennsylvania corporation, Home HealthCare Resources, Inc., Dr. Ellen Blackman-Buckwalter, and Dr. Elizabeth Koropsak-Berman, and upon a finding that the testimony and records are confidential and privileged, it is this _____ day of _____, 2003:

ORDERED, that the Subpoena *duces tecum* issued to Dr. Ellen Blackman-Buckwalter is hereby QUASHED and Dr. Ellen Blackman-Buckwalter is relieved of any duty to comply therewith; and

ORDERED, that the Subpoena *duces tecum* issued to Dr. Elizabeth Koropsak-Berman is hereby QUASHED and Dr. Elizabeth Koropsak-Berman is relieved of any duty to comply therewith; and

ORDERED, that The Maternal Child Consortium, Inc., a Pennsylvania corporation, Home HealthCare Resources, Inc., a Pennsylvania corporation are hereby relieved of any duty to comply with either the Subpoena issued to Dr. Ellen Blackman-Buckwalter or

1

the Subpoena issued to and Dr. Elizabeth Koropsak-Berman.

                                                             _____

                                                                                               J.